SHELTON L. FREEMAN (AZ #009687)
L. EDWARD HUMPHREY (AZ #027979)
**DECONCINI MCDONALD YETWIN & LACY, P.C.**
6909 East Main Street
Scottsdale, Arizona  85251
_____

Ph:  (480) 398-3100
Fax: (480) 398-3101
E-mail: tfreeman@lawdmyl.com
E-mail: ehumphrey@lawdmyl.com
_____

Attorneys for Weston Ranch
   Development, L.L.C.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Weston Ranch Development, L.L.C.,<br>Debtor,<br><br>　　　　　Appellant,<br><br>vs.<br><br>Compass Bank, et. al.,<br><br>　　　　　Appellees. | D. Ct. Case No.  2:12-cv-01416-NVW<br><br>AZ. BK Case No.:   2:09-bk-33901-SSC<br><br>**STATEMENT CONCERNING FINALITY** |

　　　　Appellant Weston Ranch Development, L.L.C. ("Weston" or "Debtor") files this Statement Concerning pursuant to the Court's September 17, 2012, Order directing Appellants to file, "a brief addressing, with relevant authority, including any contrary authority, (1) what order or orders are final and appealable, (2) why the orders are appealable of right under the relevant statute, (3) how the issues propounded for further consideration on appeal were preserved and decided in the Bankruptcy Court, and (4) why the rest of this

appeal should not be dismissed for lack of jurisdiction." *See* DE 25 at 1:21-28.[1] This Brief Concerning Finality is supported by the following Memorandum of Points and Authorities, as well as the Record on Appeal before this Court. As set forth in the Joint Statement of Remaining Issues filed in this case on September 12, 2012, Appellants are not seeking further appellate review of the Bankruptcy Court's June 1, 2012, Amended Appointment Order [BK DE 255].

DATED: October 5, 2012.

DECONCINI MCDONALD YETWIN & LACY, P.C.

BY /S/ SHELTON. L. FREEMAN
BY /S/ L. EDWARD HUMPHREY
    Shelton L. Freeman
    L. Edward Humphrey
    *Attorneys for Weston Ranch Development, L.L.C.*

COPY mailed or e-mailed
October 5, 2012, to:

Office of the United States Trustee    USTPRegion14.PX.ECF@usdoj.gov
230 N. 1st Avenue, Suite 101
Phoenix, AZ  85003-1706

Isaac M. Gabriel    Isaac.Gabriel@quarles.com
**QUARLES & BRADY, LLP**
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391

Robert Harris    Robert.Harris@quarles.com
**QUARLES & BRADY, LLP**
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391

---

[1] Citations to "DE" refer to the Docket Entry numbers in the appeal before this Court. References to "BK DE," unless otherwise noted, refer to the Docket Entry numbers in the Bankruptcy Court, Case No. 2:09-bk-33901-SSC (Bankr. D. Ariz.) (the "<u>Bankruptcy Court</u>").

| | |
|---|---|
| David M. Reaves | dreaves@reaves-law.com |

Chapter 7 Trustee
P.O. Box 44320
Phoenix, Arizona 85064

| | |
|---|---|
| John P. Flynn | jflynn@dioguardiflynn.co |
| Todd A. Williams | twilliams@dioguardiflynn.com |

**DIOGUARDI FLYNN LLP**
7001 N. Scottsdale Road, Suite 2060
Scottsdale, Arizona 85253

| | |
|---|---|
| James E. Paddish | docket@cpwlawyers.com |

Kellie N. Wells
**CALDWELL, PADISH & WELLS, PLLC**
7333 E. Doubletree Ranch Rd., Suite 255
Scottsdale, AZ 85258

| | |
|---|---|
| Larry Lee Watson | larry.watson@usdoj.gov |
| Renee Sanders Shamblin | renee.s.shamblin@usdoj.gov |

Office of the U.S. Trustee
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
602-682-2616

By  /S/ *L. EDWARD HUMPHREY*